1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Phyl Grace, Esq., SBN 171771
   Dennis Price, Esq., SBN 279082
3  Mail: PO Box 262490
   San Diego, CA 92196-2490
4  Delivery: 9845 Erma Road, Suite 300
   San Diego, CA 92131
5  (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com
   Attorneys for Plaintiff
7
   CHRISTINE KAWAMOTO (SBN: 229358)
8  christine@bayarealaw.com
   CARLOS MARTINEZ (SBN: 248358)
9  BAY AREA LAW
   647 N. Santa Cruz Avenue, Suite C
10 Los Gatos, CA 95030
   Telephone: (408) 286-3070
11 Facsimile: (408) 286-3602
12 Attorneys for Defendants
   Krishma, Inc. and Mehrra Jewellers, Inc.

APPROVED
Judge Edward J. Davila
11/7/2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>KRISHMA INC., a California Corporation;<br>MEHRRA JEWELLERS INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 5:18-CV-00974-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal          Case: 5:18-CV-00974-EJD

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 4, 2018  CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: November 1, 2018  BAY AREA LAW

By: [signature]
Christine Kawamoto
Carlos Martinez
Attorneys for Defendants
Krishma, Inc. and Mehrra Jewellers, Inc.